**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In Re:   Ivory Dugas                )
                                    )       Chapter 13
        Debtor                      )       Judge Barnes
                                    )       Case # 17-11663

To:
**By Mail, See Attached Service List**
**By Electronic Notice, Trustee Marilyn Marshall, courtdocs@chi13.com**
    **US Trustee Patrick S Layng, USTPRegion11.es.ecf@usdoj.gov**

### NOTICE OF MOTION

Please take notice that on **April 18, 2019 at 9:30 a.m.** I shall bring the above motion for hearing before Judge Barnes, or whomever is sitting in Judge Barnes' stead, at 219 S Dearborn, Courtroom 744, Chicago, IL 60604.

### Certification

I certify that the motion and notice of motion were served by mail to the parties listed on the attached service list by depositing copies in envelopes addressed to each party with proper postage in the United States mail on April 15, 2019 and by electronic notice through ECF at the above email addresses on April 15, 2019.

_____/s/ David Gallagher #6295024_____

Attorney for Debtor
Gleason and Gleason
77 W Washington, Suite 1218
Chicago, IL 60602
Ph: (312) 578-9530
Fax: (312) 578-9524

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Arnold Scott Harris
0752-1                                    Eastern Division                        111 W. Jackson Ste 400
Case 17-11663                             219 S Dearborn                          Chicago, IL 60604-4135
Northern District of Illinois             7th Floor
Eastern Division                          Chicago, IL 60604-1702
Mon Apr 15 13:43:48 CDT 2019

Chase Auto                                City of Chicago                         City of Chicago - Dept of Finance
201 N Central Ave                         Attn: Mayor Rahm Emanuel                Administrative Hearings
Phoenix, AZ 85004-1071                    121 N LaSalle, #507                     121 N LaSalle St 107A
                                          Chicago, IL 60602-1208                  Chicago, IL 60602-1232

City of Chicago Corporation Counsel       City of Chicago Department of Finance   City of Chicago Dept of Law
Attn: Stephen Patton                      c/o Arnold Scott Harris P.C.            Attn: Charles King
30 N LaSalle St, Room 700                 111 W. Jackson Ste. 600                 121 North LaSalle Street, Suite 600
Chicago, IL 60602-2503                    Chicago, IL 60604-3517                  Chicago, IL 60602-1244

Enhanced Recovery Corp                    Fed Loan Serv                           First Premier Bank
8014 Bayberry Rd                          Po Box 60610                            601 S Minnesota Ave
Jacksonville, FL 32256-7412               Harrisburg, PA 17106-0610               Sioux Falls, SD 57104-4868

Il Dept Of Healthcare                     Illinois Department of Healthcare & Family S    Illinois Dept of Employment Securit
509 S 6th St                              Attn: DCSS CSAT - Bankruptcy Unit       Bankruptcy Unit Collection Subdivis
Springfield, IL 62701-1809                PO Box 19405                            33 S State St 10th Floor
                                          Springfield, IL 62794-9405              Chicago, IL 60603-2804

Mb Financial Services                     Nationwide CAC                          Portfolio Recovery Ass
PO Box 961                                3435 Cicero                             120 Corporate Blvd Ste 1
Roanoke, TX 76262-0961                    Chicago, IL 60641-3719                  Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Premier Bankcard, LLC                   Secretary of State
PO BOX 41067                              Jefferson Capital Systems, LLC Assignee Attn: Safety & Financial Resp
NORFOLK VA 23541-1067                     PO Box 7999                             2701 S Dirksen Pkwy
                                          Saint Cloud MN 56302-7999               Springfield, IL 62723-0002

(p)T MOBILE                               U.S. Department of Education            David Gallagher
C O AMERICAN INFOSOURCE LP                c/o FedLoan Servicing                   Gleason and Gleason
4515 N SANTA FE AVE                       P.O. Box 69184                          77 W Washington St
OKLAHOMA CITY OK 73118-7901               Harrisburg, PA 17106-9184               1218
                                                                                  Chicago, IL 60602-3246

Ivory Dugas                               Julie M Gleason                         Marilyn O Marshall
2439 E. 74th St                           Gleason & Gleason LLC                   224 South Michigan Ste 800
Unit 3E                                   77 W Washington Suite 1218              Chicago, IL 60604-2503
Chicago, IL 60649-3403                    Chicago, IL 60602-3246

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| **Portfolio Recovery Associates, LLC** | **T-Mobile Bankruptcy Team** | **End of Label Matrix** |
| **Successor to CAPITAL ONE BANK (USA),N.A.** | **PO Box 53410** | **Mailable recipients   27** |
| **POB 41067** | **Bellevue, WA 98015** | **Bypassed recipients    0** |
| **Norfolk, VA 23541** | | **Total                  27** |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re:  Ivory Dugas | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Judge Barnes |
| | ) | Case # 17-11663 |

**MOTION TO VACATE PAYROLL ORDER AND SHORTEN NOTICE**

Now comes Counsel for Ivory Dugas David Gallagher of Gleason and Gleason, and respectfully states:

1. That Debtor filed the above captioned case under section 13 of the Bankruptcy Code on April 13, 2017.

2. That this case was confirmed on August 1, 2017 with payments of $225.00 a month and the unsecured creditors will get 6% of their timely, allowed and filed claims

3. That a payroll order was entered voluntarily on May 3, 2017 as docket #15.

4. That Debtor started working at a part-time job he once had when he first filed his bankruptcy in 2017. That employer resumed taking $51.93 out of his pay check each week, on top of his main employer's deduction of $112.50, bi-weekly.

5. The Debtor seeks to vacate the new payroll deduction from Neeroo LLC, which started on April 12, 2019.

6. That Debtor knows 7 days notice is required for this motion, but the debtor is having double Trustee payments taken out and the next court date isn't until May 2, 2019.

7. Debtor seeks to shorten notice to 3 days.

WHEREFORE, Debtor prays that this Court vacate the payroll order entered only for Neeroo LLC (Docket #15), shorten the notice requirement to 3 days, and any further relief that this court deems necessary.

    Respectfully Submitted,

    ___/s/ David Gallagher
    One of Attorneys for Debtor

Gleason and Gleason
77 W. Washington, Suite 1218
Chicago, IL 60602
Ph (312) 578-9530
Julie Gleason #6273536
Troy Gleason #6276510
David Gallagher #6295024